AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Jaamel R. Davis, Sr.
*Plaintiff*

v.

STate of South Carolina, Alan Wilson, Colleton Counth Sheriff's Department, Jason Varnadoe, Wanda Taylor, Mayor William T. Young, Jr., Councilman James Broderick, Councilwoman Judy Bridge Councilman Carl Brown, Councilman Ladson Fishburne, Councilman Paul Siegel, Councilman Greg Pryor, Sheriff Buddy Hill
*Defendants*

Civil Action No. 2:25-cv-00573-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: Plaintiff, Jaamel R. Davis, Sr., shall take nothing of Defendants, State of South Carolina, Alan Wilson, Colleton County Sheriff's Department, Jason Varnadoe, Wanda Taylor, Mayor William T. Young, Jr., Councilman James Broderick, Councilwoman Judy Bridge, Councilman Carl Bron, Councilman Ladson Fishburne, Councilman Paul Siegel, Councilman Greg Pryor, Sheriff Buddy Hill, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable, Bruce Howe Hendricks, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date: December 8, 2025

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH CAROLINA ★

*ROBIN L. BLUME, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*